IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 71.185.33.31

**ISP:** Verizon Internet Services
**Physical Location:** Downingtown, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/26/2018 20:29:35 | F6E0D68F7AD7011CC20588E35A1A1BC5104FCD89 | A Rose Fresh From The Garden |
| 01/28/2018 20:39:40 | 4E4BE11F08C559C6CF2462E55CCF2579B8AFBC47 | X Marks The Spot |
| 09/11/2017 09:23:19 | 184A380B0BABD247D5389324490E044A5C91AADB | I Cook Naked |
| 07/24/2017 13:15:09 | 8FA1AB42DC1C48CF3855FB7B92C0BA37782BA12F | Emerald Love |
| 05/03/2017 16:35:55 | 4AEBBF09D664A14A7D002E17C15CFE5DD62E430D | A Rose A Kiss and A Bang |
| 05/03/2017 16:08:20 | A23310E52BE06BC11828584176530D7BBDF2A38D | Want To Fuck My Wife |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A