UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 2:18-cv-03141-MMB |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP Address 71.185.33.31, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 71.185.33.31. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 22, 2018                                    Respectfully submitted,

                                                          FIORE & BARBER, LLC

                                                    By:   /s/ *Christopher P. Fiore*
                                                          Christopher P. Fiore, Esquire
                                                          418 Main Street, Suite 100
                                                          Harleysville, PA 19438
                                                          Tel: (215) 256-0205
                                                          Fax: (215) 256-9205
                                                          Email: cfiore@fiorebarber.com
                                                          PA Attorney ID: 83018
                                                          **ATTORNEYS FOR PLAINTIFF**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _Christopher P. Fiore_